MRS. LLOYD V. PARSONS, WIDOW OF LLOYD V. PARSONS, v. BOARD OF EDUCATION OF ASHE COUNTY.

(Filed 19 December, 1930.)

**Appeal and Error J d—Where Supreme Court is divided the judgment of the lower court will be affirmed.**

Upon division of opinion of the Justices on appeal, one Justice not sitting, the judgment of the lower court will be affirmed, in this case without becoming a precedent.

APPEAL by respondent from *Finley, J.,* at August Term, 1930, of ASHE. Affirmed.

This was an appeal from the North Carolina Industrial Commission, heard on exceptions to an award made by said Commission in favor of

claimant, widow of Lloyd V. Parsons, deceased, and against the respondent, the board of education of Ashe County. The exceptions were overruled.

From judgment affirming the award of the Commission, respondent appealed to the Supreme Court.

*W. R. Bauguess for claimant.*
*T. C. Bowie for respondent.*
*Attorney-General for Industrial Commission.*

PER CURIAM. The Court being evenly divided in opinion, *Stacy, C. J.,* not sitting, the judgment of the Superior Court is affirmed and stands as the decision of this case, without becoming a precedent. *Gooch v. Western Union Telegraph Co.,* 196 N. C., 823, 146 S. E., 803, and cases cited.

Affirmed.